DOCKET NUMBER *(Tran. Court)*

**CR 94-00042-001**

## TRANSFER OF JURISDICTION

CR06-00371 SBA

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | **GUAM** | |

E-filing

**Rolando DeGuzman**
**c/o USPO Shaheen Shan**
**Northern District of California**
**1301 Clay Street, Suite 220S**
**Oakland, California 94612-5206**

NAME OF SENTENCING JUDGE

**Honorable John S. Unpingco, Chief Judge**

| DATES OF PROBATION | FROM | TO |
|---|---|---|
| | 11/17/03 | 11/16/08 |

OFFENSE

**Distribution of Methamphetamine [21 U.S.C. § 841(a)(1)]**

**FILED**
**DISTRICT COURT OF GUAM**

**JUN 19 2006**

**MARY L.M. MORAN**
**CLERK OF COURT**

ORIGINAL FILED
MAY 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ **GUAM** _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ **Northern District of California** _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/21/06.
_____
*Date*

_____
*United States District Judge*
**FRANCES TYDINGCO-GATEWOOD, Designated Judge**

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **NORTHERN** DISTRICT OF **CALIFORNIA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED
MAY 11 2006

U.S. PROBATION OFFICE
NORTHERN DIST. CALIF.
OAKLAND
RECEIVED
2006 MAY 23 PM 4:32

_____
*Effective Date*

_____
*United States District Judge*